NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*ALEXANDER R. MILLER, WASB No. 64233
alex.miller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone:  650.849.3326
Facsimile:  650.565.5100
*Pro Hac Vice Forthcoming

Attorneys for Defendants OpenAI Foundation and
OpenAI OpCo, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARK GAILEY and AMANDA GAYHART, | Case No.:  6:26:CV-782 |
| Plaintiffs, | **DEFENDANTS OPENAI FOUNDATION AND OPENAI OPCO, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION** |
| v. | |
| OPENAI, INC., and OPENAI OpCo, LLC, | **[Removed from Lane County Circuit Court Case No. 26CV08661]** |
| Defendants. | |

Pursuant to 28 U.S.C. § 1332, Defendants OpenAI Foundation (formerly OpenAI, Inc.) and OpenAI OpCo, LLC ("Defendants" or "OpenAI") hereby give notice of the removal of the above-titled action to this Court from the Circuit Court of Lane County, Oregon.

Page 1 – DEFENDANTS OPENAI FOUNDATION AND OPENAI OPCO, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION

In support of its Notice of Removal, Defendants state as follows:

1.      Plaintiffs Mark Gailey and Amanda Gayhart ("Plaintiffs") commenced the above-titled action in the Circuit Court of Lane County, Oregon, on or about March 18, 2026, by filing their Petition in the case styled *Mark Gailey and Amanda Gayhart v. OpenAI Inc. and OpenAI OpCo, LLC*, Case No. 26CV08661, against Defendants OpenAI Foundation (formerly OpenAI, Inc.) and OpenAI OpCo, LLC.

2.      The Summons and Petition were served upon The Corporation Trust Company, a registered agent for OpenAI, on March 20, 2026, at the offices of The Corporation Trust Company in Wilmington, Delaware.  This was the first notice of any kind of the filing of the Lane County suit by Plaintiffs.

3.      This Notice of Removal is timely because it is filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b)(1).

4.      Venue is proper in this Court because Plaintiffs filed their Petition in the Circuit Court of Lane County, Oregon, which is located in the United States District Court of Oregon, Eugene Division.

5.      The Court has original jurisdiction over the state court action under 28 U.S.C. § 1332 because there is jurisdiction based on diversity of citizenship.

6.      28 U.S.C. § 1332(a)(1) provides that federal district courts shall have original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states.

7.      Plaintiffs' petition alleges damages "in the amount of $500,000, or such amount as proven at trial[.]"

Page 2 – DEFENDANTS OPENAI FOUNDATION AND OPENAI OPCO, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION

8.      Thus, Plaintiffs have alleged an amount in controversy that exceeds $75,000.00, exclusive of interest and costs, satisfying the jurisdictional amount requirement.

9.      Under 28 U.S.C. § 1332 (c)(1), a corporation shall be deemed to be a citizen of every State by which it has been incorporated and of the State where it has its principal place of business.

10.     OpenAI Foundation is a Delaware nonprofit corporation with its principal place of business in San Francisco, California.

11.     OpenAI OpCo, LLC is a registered Delaware limited liability company.  A limited liability company is considered a citizen of every state where its members are citizens. None of the members of OpenAI OpCo, LLC are a resident of the state of Oregon.

12.     The Complaint in this case prepared by Plaintiffs alleges that "Plaintiff Mark Gailey is an adult resident of Springfield, Lane County Oregon."  The Complaint in this case further alleges that "Plaintiff Amanda Gayhart is an adult resident of Lane County, Oregon." Upon information and belief, Plaintiffs reside in and are citizens of the State of Oregon.

13.     Thus, this action is between parties of different states, satisfying the diversity requirement.

14.     Pursuant to 28 U.S.C. § 1446(d), Defendants have given written notice of its filing of this Notice of Removal to Plaintiff.  Defendants will also promptly file a copy of this Notice with the Circuit Court of Lane County, Oregon.

15.     No previous application has been made for the relief requested herein.

16.     OpenAI has not filed a responsive pleading or a motion in this action.

Page 3 – DEFENDANTS OPENAI FOUNDATION AND OPENAI OPCO, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION

17.    Pursuant to 28 U.S.C. 1446(a), copies of the state court file, including all process, pleadings and orders served upon Defendants in this action, are attached to this Notice as Exhibit A.

18.    In filing this Notice of Removal, OpenAI does not waive any defenses, counterclaims, rights to transfer or compel arbitration, or any other rights that may be available to OpenAI.

WHEREFORE, Defendants, by and through counsel, desiring to remove this civil action of the United States District Court for the District of Oregon, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiffs, and the filing of a copy of this Notice of Removal with the clerk of the Circuit Court of Lane, Oregon, shall effect the removal of said civil action to this Honorable Court.

DATED:  April 20, 2026                    STOEL RIVES LLP

/s/ Nathan R. Morales
NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com

*ALEXANDER R. MILLER, WASB No. 64233
alex.miller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
*Pro Hac Vice forthcoming

Attorneys for Defendants OpenAI Foundation and
OpenAI OpCo, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS OPENAI FOUNDATION AND OPENAI OPCO, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION** on the following named person(s) on the date indicated below by

☒ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☒ email (courtsey copy only)

☒ notice of electronic filing using the Cm/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope if by mail, addressed to said person(s) at his or her last known address(es) indicated below.

Mark Gailey
Amanada Gayheart
2250 Beverly St
Springfield, OR 97477
Email: merderinkpdx333@gmail.com
Email: amanadalynngayheart3@gmail.com

*Pro Se Plaintiffs*

DATED: April 20, 2026.

STOEL RIVES LLP

*/s/ Nathan R. Morales*
NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com

*ALEXANDER R. MILLER, WASB No. 64233
alex.miller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
*Pro Hac Vice forthcoming*

*Attorneys for Defendants OpenAI Foundation
and OpenAI OpCo, LLC*