Skip to Main Content Logout My Account Search Menu Search Civil, Family, Probate and Tax Court Case Records Refine Search Back Location : All Locations Images Help

# Register of Actions

## Case No. 26CV08661

**Mark Gailey, Amanda Gayhart vs OPENAI, INC, OPENAI OPCO, LLC** § § § § §

Case Type: **Tort - General**
Date Filed: **02/18/2026**
Location: **Lane**

## Party Information

| | | Attorneys |
|---|---|---|
| **Defendant** | **OPENAI OPCO, LLC** | |
| **Defendant** | **OPENAI, INC** | |
| **Plaintiff** | **Gailey, Mark**<br>2250 Beverly St<br>Springfield, OR 97477 | **Pro Se** |
| **Plaintiff** | **Gayhart, Amanda**<br>2250 Beverly St<br>Springfield, OR 97477 | |

## Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

02/13/202 **Application - Fee Deferral Waiver**
Created: 02/18/2026 4:32 PM

02/13/202 **Order - Fee Waiver** (Judicial Officer: McAlpin, Jay A )
*CIV3 $594.00*
Signed: 02/18/2026
Created: 02/18/2026 4:32 PM

02/13/202 **Application - Fee Deferral Waiver**
Created: 02/18/2026 4:32 PM

02/13/202 **Order - Fee Waiver** (Judicial Officer: McAlpin, Jay A )
*CIV3 $594.00*
Signed: 02/18/2026
Created: 02/18/2026 4:33 PM

02/18/202 **Complaint**
*for Damages, Injunctive Relief*
Created: 02/18/2026 4:31 PM

02/18/202 **Service**

| | | |
|---|---|---|
| OpenAI, Inc. | Served | 02/26/2026 |
| | Returned | 03/06/2026 |

Created: 02/18/2026 4:31 PM

03/06/202 **Proof - Service**
*psrv 022626*
Created: 03/09/2026 11:44 AM

03/18/202 **Complaint - Amended**
*Added Defendant*
Created: 03/18/2026 11:09 AM

03/18/202 **Service**

| | | |
|---|---|---|
| OPENAI, INC | Unserved | |
| OPENAI OPCO, LLC | Served | 03/20/2026 |
| | Returned | 03/30/2026 |

Created: 03/19/2026 3:23 PM

03/30/202 **Proof - Service**
*prsv RA 032026*
Created: 03/31/2026 10:34 AM

**EXHIBIT A**

RECEIVED
FEB 1 3 2026
CIRCUIT COURT, LANE CO.

Verified Correct Copy of Original 2/19/2026.

FILED
2026 FEB 18 PM 4: 37
CIRCUIT COURT OF OREGON
FOR LANE COUNTY

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF LANE

MARK GAILEY and AMANDA GAYHART, )
)
Plaintiffs, )
)
v. ) Case No. 26CV08661
)
OPENAI, INC., )
)
Defendant. )

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
(DEMAND FOR $500,000 – JURY TRIAL DEMANDED)

(ORS 14.030; ORS 646.608; ORS 31.710; ORCP 68;
Oregon Common Law – Negligence and Emotional Distress)

Plaintiffs allege as follows:

This Court has subject matter jurisdiction pursuant to ORS 14.030.

Venue is proper in Lane County because Plaintiffs reside in Lane County, Oregon, and because the acts and omissions giving rise to this action occurred within the State of Oregon.

Plaintiff Mark Gailey is an adult resident of Springfield, Lane County, Oregon.

Plaintiff Amanda Gayhart is an adult resident of Lane County, Oregon.

26CV08661
CM
Complaint
19937224

Defendant OpenAI, Inc. is a Delaware corporation that provides artificial intelligence–based content and image generation services to consumers in

Oregon, including Plaintiffs.

Verified Correct Copy of Original 2/19/2026.

On or about December 21, 2025, Plaintiffs used Defendant's product known as "ChatGPT" for the limited, benign, and non-sexual purpose of creating a wholesome and humorous Christmas card.

Plaintiffs did not request, intend, or consent to any sexualized, demeaning, humiliating, or degrading imagery.

Defendant represented, expressly and implicitly, that its services included safeguards designed to prevent harmful, inappropriate, or degrading outputs involving real individuals.

Contrary to those representations, Defendant's system generated imagery depicting Plaintiff Amanda Gayhart in a humiliating and sexually inappropriate visual context.

The generated imagery was shocking, degrading, and emotionally harmful to Plaintiffs.

Independent third parties who viewed the imagery described it as foul, demeaning, and inappropriate.

Plaintiffs attempted in good faith to correct or remediate the output through Defendant's platform.

Defendant failed to provide timely or meaningful remediation.

Defendant knew or should have known that failures in artificial intelligence training data, algorithms, and moderation systems could foreseeably result in humiliating or degrading depictions of real individuals.

Defendant owed Plaintiffs a duty to exercise reasonable care in the design, training, deployment, and moderation of its artificial intelligence systems.

Defendant breached that duty, constituting negligence under Oregon common law.

Defendant's conduct also constitutes an unfair or deceptive trade practice under ORS 646.608 by misrepresenting the safety and reliability of its services and by failing to disclose known risks.

Verified Correct Copy of Original 2/19/2026

As a direct and proximate result of Defendant's acts and omissions, Plaintiffs suffered significant emotional distress, humiliation, anxiety, loss of dignity, and loss of trust.

Plaintiffs' damages include non-economic damages recoverable under ORS 31.710.

Plaintiffs seek injunctive relief requiring Defendant to implement reasonable safeguards, warnings, and corrective measures to prevent similar harm.

WHEREFORE, Plaintiffs request judgment against Defendant as follows:

Compensatory damages in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000);

Injunctive relief requiring corrective safeguards and disclosures;

Costs and disbursements pursuant to ORCP 68; and

Such other and further relief as the Court deems just and proper.

Plaintiffs demand trial by jury on all issues so triable.

DATED: 2-13-2026

Mark Gailey, Pro Se

Amanda Gayhart, Pro Se

amandalynngayhart3@gmail.com
2250 Beverly St.
Springfield, OR 97477

Mark Gailey
971-917-9416
murderinkpdx333@gmail.com
2250 Beverly St.
Springfield, OR
97477

_Verified Correct Copy of Original 3/9/2026._

FILED
2026 MAR -6 PM 4:42
CIRCUIT COURT OF OREGON
FOR LANE COUNTY

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF LANE

MARK GAILEY and AMANDA GAYHART, )
)
Plaintiffs, )
)
v. )
Case No. 26CV08661
)
OPENAI, INC., )
)
Defendant. )

PROOF OF SERVICE

I declare that I am a resident of the State of Oregon and that I am not a party to this action and am over the age of 18 years.

On the 26 day of FEBRUARY, 20 26, I served the following documents:

Summons
Complaint for Damages and Injunctive Relief

upon:

Corporation Service Company
Registered Agent for OpenAI, Inc.
251 Little Falls Drive
Wilmington, DE 19808

by the following method:

[x] Personal Service ACCEPTED BY: MS. DENISE (MANAGING AGENT EMPLOYED AT REG. AGENT)
[ ] Substituted Service
[ ] Office Service
[ ] Other: ______________________

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 02/26/2026

______________________
Signature of Server GILBERT DEL VALLE

Verified Correct Copy of Original 3/9/2026.

# Affidavit of Process Server

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF LANE

| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |
|---|---|---|---|
| MARK GAILEY, ET AL. | vs | OPENAI, INC. | 26CV08661 |

I GILBERT DEL VALLE being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 02/26/2026

Service: I served OPENAI, INC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND COMPLAINT

by leaving with CORPORATION SERVICE COMPANY, AS AGENT, ACCEPTED BY MS DENISE (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) At

☒ Business 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808
ADDRESS CITY / STATE

On 02/26/2026 (DATE) AT 12:15 PM (TIME)

Thereafter copies of the documents were mailed by prepaid, first class mail on ____________ DATE

from ____________ CITY ____________ STATE ____________ ZIP

**Manner of Service:**
☒ CORPORATE
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ________ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Canceled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other ____________

Service Attempts: Service was attempted on: (1) ______ DATE ______ TIME (2) ______ DATE ______ TIME

(3) ______ DATE ______ TIME (4) ______ DATE ______ TIME (5) ______ DATE ______ TIME

Age 55 Sex F Race WHT Height 5'5 Weight 140 HAIR BRWN

GILBERT DEL VALLE
BRANDYWINE PROCSS SERVERS, LLC
PO BOX 1360
WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 26TH day of FEBRUARY, 2026.

SIGNATURE OF NOTARY PUBLIC

KEVIN STEWART DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires OCTOBER 8, 2027

NOTARY PUBLIC for the state of DELAWARE

# Amended complaint #1

13/03/2026

Verified Correct Copy of Original 3/20/2026.

FILED
2026 MAR 18 AM 11:08
CIRCUIT COURT OF OREGON
FOR LANE COUNTY

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LANE

MARK GAILEY and AMANDA GAYHART,

Plaintiffs,

v. Case No. 26CV08661

OPENAI, INC., a Delaware corporation;

OPENAI OPCO, LLC, a Delaware limited liability company;

[illegible]

Defendants.

FIRST AMENDED COMPLAINT

FOR DAMAGES AND INJUNCTIVE RELIEF

(DEMAND FOR $500,000 – JURY TRIAL DEMANDED)

(ORS 14.030; ORS 646.608; ORS 31.710; ORCP 68;

Oregon Common Law – Negligence and Emotional Distress)

Plaintiffs allege as follows:

PARTIES

Plaintiff Mark Gailey is an adult resident of Springfield, Lane County, Oregon.

Plaintiff Amanda Gayhart is an adult resident of Lane County, Oregon.

Defendant OpenAI, Inc. is a Delaware corporation that develops and promotes artificial intelligence technologies.

Defendant OpenAI OpCo, LLC is a Delaware limited liability company with its principal place of business in San Francisco, California, and operates artificial-intelligence products and services including conversational AI systems available to the public.

Plaintiffs are unaware of the true names or capacities of Defendants sued as DOES 1–10 and therefore sue these defendants by fictitious names. Plaintiffs will amend this complaint when their identities are discovered.

26CV08661
CMAM
Complaint – Amended
20017347

JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to ORS 14.030.

Venue is proper in Lane County because Plaintiffs reside in Lane County, Oregon, and because the acts and omissions giving rise to this action caused harm within the State of Oregon.

GENERAL ALLEGATIONS

Defendants develop, maintain, and provide artificial-intelligence systems capable of generating written responses and other content to users through internet-based platforms.

Defendants owed a duty to operate these systems in a reasonably safe and responsible manner and to implement safeguards against harmful, misleading, fraudulent, or malicious outputs that could cause foreseeable injury.

Plaintiffs interacted with or were affected by content generated through Defendants' artificial-intelligence systems.

As a result of Defendants' acts and omissions, Plaintiffs suffered damages including emotional distress and other harms.

FIRST CLAIM FOR RELIEF

(Negligence)

Plaintiffs reallege and incorporate paragraphs 1 through 11.

Defendants owed Plaintiffs a duty of reasonable care in the design, operation, and deployment of their artificial-intelligence systems.

Defendants breached that duty by failing to implement adequate safeguards and oversight to prevent harmful or misleading outputs.

Defendants knew or should have known that failure to implement such safeguards could cause injury to users or members of the public.

As a direct and proximate result of Defendants' negligence, Plaintiffs suffered damages.

SECOND CLAIM FOR RELIEF

(Emotional Distress)

Plaintiffs reallege and incorporate paragraphs 1 through 16.

Defendants' conduct was reckless or negligent and created a foreseeable risk of serious emotional distress to Plaintiffs.

Plaintiffs suffered emotional distress as a direct result of Defendants' conduct.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request judgment against Defendants as follows:

A. General damages in the amount of $500,000 or such amount as proven at trial;

B. Injunctive relief requiring Defendants to implement appropriate safeguards to prevent harmful or misleading AI outputs;

C. Costs and disbursements incurred herein;

D. Any further relief the Court deems just and proper.

JURY DEMAND

Plaintiffs demand trial by jury on all issues triable.

DATED: 3-18-2026

Mark Gailey

Plaintiff, Pro Se

Amanda Gayhart

Plaintiff, Pro Se

_Verified Correct Copy of Original 3/19/2026._

## Summons ai

24/02/2026

Verified Correct Copy of Original 3/31/2026.

FILED
2026 MAR 30 PM 4:21
CIRCUIT COURT OF OREGON
FOR LANE COUNTY

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF LANE

MARK GAILEY and AMANDA GAYHART, )
)
Plaintiffs, )
)
v. ) Case No. 26CV08661
)
OPENAI, INC., )
)
Defendant. )

PROOF OF SERVICE

I declare that I am a resident of the State of DE and that I am not a party to this action and am over the age of 18 years.

On the 20 day of MARCH, 2026, I served the following documents:

Summons And Amended
Complaint for Damages and Injunctive Relief

upon: OPENAI OPCO, LLC

THE CORPORATION TRUST
COMPANY, AS REGISTERED AGENT
1209 ORANGE STREET
WILMINGTON, DE 19801

by the following method:

[x] Personal Service ACCEPTED BY: ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT)
[ ] Substituted Service
[ ] Office Service
[ ] Other: ______________

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 03/20/2026

[signature]
Signature of Server

Printed Name: ALICIA DUNN

Address: PO BOX 1360, WILMINGTON, DE 19899

Telephone: 302-475-2600