IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MARK GAILEY;
AMANDA GAYHART,

                    Plaintiffs,

          v.

OPENAI, Inc.; OpenAI OpCo, LLC,

                    Defendants.

**OPINION & ORDER**

Civ. No. 6:26-cv-00782-AA

AIKEN, District Judge.

Plaintiffs Mark Gailey and Amanda Gayhart bring state law claims against diverse Defendants OpenAI, Inc. and OpenAI OpCo, LLC.  *See* First Am. Compl. ("FAC"), ECF No. 1.  Defendants removed to federal court, ECF No. 1, and Plaintiffs move to remand the case to state court.  *See* Pl. Mot., ECF No. 6.  For the reasons explained below, Plaintiff's Motion to Remand, ECF No. 6, is DENIED.

## BACKGROUND

On February 18, 2026, Plaintiffs filed their case against diverse Defendants in Lane County Circuit Court.  Pl. Mot. at 1; *see also* Notice of Removal, Ex. 1, Lane Co. Circuit Court Docket, ECF No. 1-1 at 1.  Defendants OpenAI, Inc. and OpenAI OpCo LLC were properly served on March 20, 2026.  *Id.*; *see also* Notice of Removal Ex. 1, Affidavit of Service, ECF No. 1-1 at 10.  On April 20, 2026, a Monday, Defendants removed the case to federal court.  *See* Notice of Removal, ECF No. 1.

Page 1 – OPINION AND ORDER

## DISCUSSION

Plaintiffs allege that Defendant's notice of removal was untimely and move to remand their case to Lane County Circuit Court.  Pl. Mot. at 1.

Under 28 U.S.C. § 1446, "Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons . . . to file the notice of removal."  28 U.S.C. § 1446.

Here, Defendants were served on March 20, 2026.  The thirty-day filing period for notice of removal began on March 21, 2026 and ended on April 19, 2026.  However, the last day of the filing period was April 19, 2026, a Sunday.  Under Federal Rule of Civil Procedure 6, when the last day of the filing period is a Saturday, Sunday or legal holiday, "the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday."  Fed. R. Civ. P. 6(a)(1)(C).  Here, the first day at the end of the filing period that was not a Saturday, Sunday, or legal holiday was Monday, April 20, 2026, the day on which Defendants filed their notice of removal.  Defendant's notice of removal was thus within the thirty-day filing period and was timely.  For that reason, Plaintiff's motion to remand is DENIED.

## CONCLUSION

For the reasons explained above, Plaintiff's Motion to Remand, ECF No. 6, is DENIED.  It is so ORDERED and DATED this ___1st___ day of May 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge

Page 2 – OPINION AND ORDER